UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA L. YONAN,<br><br>            Plaintiff,<br>   vs.<br><br>COUNTY OF MERCED, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV F 09-2059 LJO JLT<br><br>**ORDER AFTER SETTLEMENT**<br>(Docs. 16, 21.) |

Defense counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than March 7, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the February 23, 2011 summary judgment hearing, June 13, 2011 pretrial conference, and July 25, 2011 trial. This Court will take no further action on defendants' summary judgment motion.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:   February 2, 2011**                    /s/ Lawrence J. O'Neill
                                                               UNITED STATES DISTRICT JUDGE