**CHRISTOPHER W. LAMPE, ESQ.   STATE BAR #66516**
**LAMPE & FROMSON**
**2005 "O" STREET**
**MERCED, CA 95340**
**TELEPHONE (209)384-7887**

**Attorneys for Plaintiff JESSICA L. YONAN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA L. YONAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF MERCED, COREY GIBSON, AND DOES 1 THROUGH 10,<br><br>　　　　Defendants. | CASE NUMBER:   1:09-CV-02059-LJO-JLT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT; ORDER THEREON** |

　　　Plaintiff, JESSICA YONAN, and defendants COUNTY OF MERCED and COREY GIBSON hereby stipulate to dismissal with prejudice of the Complaint in this case, pursuant to a Settlement And Release Agreement. The Court is asked to retain jurisdiction to enforce the Settlement And Release Agreement.

Dated: February  17 , 2011　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　LAMPE & FROMSON

　　　　　　　　　　　　　　　　　　　　By /s/ _____
　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER W. LAMPE, Attorneys for
　　　　　　　　　　　　　　　　　　　　　　Plaintiff, JESSICA L. YONAN

Dated: February  17 , 2011　　　　　　JAMES N. FINCHER
　　　　　　　　　　　　　　　　　　　　MERCED COUNTY COUNSEL

　　　　　　　　　　　　　　　　　　　　By /s/ _____
　　　　　　　　　　　　　　　　　　　　　　ROGER S. MATZKIND, Chief Civil Litigator,
　　　　　　　　　　　　　　　　　　　　　　Attorney for COUNTY OF MERCED
　　　　　　　　　　　　　　　　　　　　　　and COREY GIBSON

**ORDER**

The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:**   February 18, 2011                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO SETTLEMENT; [PROPOSED] ORDER
THEREON                                       2